

*PBT*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

19   3609

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 325 Perry Blvd  Easton  PA 19341

Address of Defendant: 1025 Allegheny St. Bellefonte PA 16823 – 900 W. Market St.

Place of Accident, Incident or Transaction: Philadelphia – Bellefonte  Philadelphia PA

---

**RELATED CASE, IF ANY:**

Case Number _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☒

I certify that, to my knowledge, the within case ☐ is / ☒ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 8-8-2019                          Pro-Se
_____
Attorney-at-Law / Pro Se Plaintiff        Attorney I.D. # (if applicable)

---

**CIVIL:** (Place a √ in one category only)

**A.   Federal Question Cases:**

☐ 1.   Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2.   FELA
☐ 3.   Jones Act-Personal Injury
☐ 4.   Antitrust
☐ 5.   Patent
☐ 6.   Labor-Management Relations
☐ 7.   Civil Rights
☐ 8.   Habeas Corpus
☐ 9.   Securities Act(s) Cases
☐ 10.  Social Security Review Cases
☒ 11.  All other Federal Question Cases
       (Please specify) FRAUD

**B.   Diversity Jurisdiction Cases:**

☐ 1.   Insurance Contract and Other Contracts
☐ 2.   Airplane Personal Injury
☐ 3.   Assault, Defamation
☐ 4.   Marine Personal Injury
☐ 5.   Motor Vehicle Personal Injury
☐ 6.   Other Personal Injury (Please specify) _____
☐ 7.   Products Liability
☐ 8.   Products Liability – Asbestos
☐ 9.   All other Diversity Cases
       (Please specify) _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or pro se plaintiff*, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☒ Relief other than monetary damages is sought.

DATE: 8-8-2019                          Pro-Se
_____
Attorney-at-Law / Pro Se Plaintiff        Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

Amro Elansari : CIVIL ACTION

v.

Pamela Ruest / U.S. Marine Corp NO. **19   3609**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. ( )

8 · 8 · 2019
Date                                                              Pro Se Plaintiff

4842805028
Telephone               FAX Number          E-Mail Address

(Civ. 660) 10/02

## Civil Justice Expense and Delay Reduction Plan
### Section 1:03 – Assignment to a Management Track

(a)     The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)     In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management.  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)     The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)     Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)     Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

### SPECIAL MANAGEMENT CASE ASSIGNMENTS
#### (See §1.02 (e) Management Track Definitions of the
#### Civil Justice Expense and Delay Reduction Plan)

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation.  The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985.  This term is intended to include cases that present unusual problems and require extraordinary treatment.  See §0.1 of the first manual.  Cases may require special or intense management by the court due to one or more of the following factors:  (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition.  It may include two or more related cases.  Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues.  See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

**Note:**

**This Designation Form must be <u>signed</u> before submission to the Clerk's Office *or a case number will not be assigned*.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Amro Elenseri

**19     3609**

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Pamela Ruest,

U.S. Marine Corp

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s) If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I  Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number.  If you are presently in custody, include your identification
number and the name and address of your current place of confinement.  Do the same for any additional
plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff     Name             Amro Elenseri
              Street Address   525 Pennyllt Ct.
              County, City     Exton PA 19341
              State & Zip Code PA  19341
              Telephone Number 484 280 9028

*Rev 10/2009*

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1        Name **Pamela Ruest**

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 2        Name **U.S. Marine Corp.**

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3        Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4        Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions          ☑ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **14th Amendment Due Process/Equal Pro**

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship **Pennsylvania**

Defendant(s) state(s) of citizenship **Pennsylvania / Virginia**

## III.     Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur? **Eastern / Middle District**

B.     What date and approximate time did the events giving rise to your claim(s) occur? **Past 2 months**

**June - August 2019**

C.     Facts:

| What happened to you? |

**See Complaint**

**Fraud - Pamela Ruest**

| Who did what? |

**Playing Along With Fraud - U.S. Marine Corp**

| Was anyone else involved? |

**Violation of 14th Amendment + other legal provisions.**

| Who else saw what happened? |

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

Deprived from enlistment
Unlawfully due to Fraud
in violation of 14th Amendment

## V.    Relief: ✓ Age 28

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Injunctive Relief in
Equity.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **8** day of **August** , 20 **19**

Signature of Plaintiff _____

Mailing Address **325 Pennyllt Ct**

**Exton PA 19341**

Telephone Number **484 280 5028**

Fax Number *(if you have one)* _____

E-mail Address **carolcasari@gmail.com**

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____


PBT

IN THE UNITED STATES COURTS

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Amro Elansari | : | |
| Plaintiff | : | |
| Versus | : | *No:* **19   3609** |
| Pamela Ruest, **U.S. Marine Corp** | : | |
| Defendant | : | |

## COMPLAINT AT LAW AND IN EQUITY

All content herein is protected by the 1st Amendment of the U.S. Constitution which protects free speech and political protest:

1. Plaintiff reads reports of China hacking the U.S. Navy and takes the immediate steps to register for service in response to this to help out in any way they can. Plaintiff is college graduated and half way finished through law school with a wrongful suspension and civil rights case against the university and corrupt government system responsible for this.

2. Plaintiff is told by the Marine Corp representatives located in Philadelphia that they need to be off of probation in order to register - not even that their record has to be clean.

3. Plaintiff applies for Early Termination of Probation in the corrupt - conspiracy - fraud - racist - 1980's Centre County Court on the fraud "selling weed because someone called me and asked for it case" - for good behavior.

4. The hearing was recorded so the transcript will make great evidence for what was said by whom at this hearing.

4. THIS BITCH ASS FUCKING CUNT JUDGE HAS THE FUCKING AUDACITY TO TALK

ABOUT HOW YOU CAN'T BREAK THE FUCKING LAW - (see transcript)

Judge Ruest - "You can't break the law - that's why you're not in law school anymore"

↳ I still am Bitch.
Suspended - not expelled

**Pennsylvania Law - Chapter 5 of the Crimes Code - Justification**

**§ 502.  Justification a defense.**
In any prosecution based on conduct which is justifiable under
this chapter, justification is a defense.
**§ 503.  Justification generally.**
   **(a)   General rule.**--Conduct which the actor believes to be
necessary to avoid a harm or evil to himself or to another is
justifiable if:
       (1)  the harm or evil sought to be avoided by such conduct
   is greater than that sought to be prevented by the law defining
   the offense charged;
       (2)  neither this title nor other law defining the offense
   provides exceptions or defenses dealing with the specific
   situation involved; and
       (3)  a legislative purpose to exclude the justification
   claimed does not otherwise plainly appear.
   **(b)   Choice of evils.**--When the actor was reckless or negligent
in bringing about the situation requiring a choice of harms or
evils or in appraising the necessity for his conduct, the
justification afforded by this section is unavailable in a
prosecution for any offense for which recklessness or negligence,
as the case may be, suffices to establish culpability.

Which clearly states that you CAN break the law in a case where you are avoiding a greater

danger. You CAN run a red light to get someone to a hospital urgently - you CAN use lethal

force in self defense - and in my case - I WAS selling pot to people who needed it at a time

where they had no option to get it while the government that made it illegal was profiting off of

taxes from alcohol and tobacco which kill over 400,000 Americans per year.

5. Mother FUCK Pamela Ruest -

6. Mother FUCK that bitch ass frail district attorney mother fucker who has the audacity to tell

someone offering to sign up for service that they might not even sign up if they are taken off of

probation - who the Chinese and Vietkong would simply SHRED

7. Mother FUCK all of the corrupt judges in this court and other courts that are denying people free access to the open courts and justice

8. Mother FUCK all of you fucking corruption ass conspiracy mother fuckers undermining the credibility and integrity of the United States.                                                    .

9. While China and Russia hack the United States military assets and prepare military assets of their own to undermine and overtake the United States -

10. Judge Fucking Pamela Ruest is preventing me from joining the Marine Corp at the age of 28 to protect our freedom as Americans over some fucking pot

11. Some fucking pot represented in the case as a dangerous substance "with no accepted medicinal value in the United States" and "no accepted method of control or regulation" at a time where pot was legal in 24+ medicinal states and 9 recreational states - and at a time where PENNSYLVANIA HAS SINCE THEN LEGALIZED POT WHICH THEREBY ADMITS ITS MEDICINAL VALUE

12. And yet - Judge Pamela Fucking Ruest - that can't even comprehend a simple self defense / justification claim (Remember - "You can't break the law" - Uh - Yes You FUCKING Can" )- continues to represent me as having had a dangerous substance with no potential for medical value like fucking crack or drainer cleaner - that can kill people (*a real crime*)

13. And that fraudulent representation is preventing me from my human right and duty to sign up for military service and fight for our freedom which seems to be at increasing risk due to the malign activities of foreign entities.

14. Let me tell you something about this Centre Ass Fucking County Town - the place is like going back into the 1980's

Old people - old cars - old court - old FUCK judges - Corruption - racism - fucking country and

farm everywhere you go - and then Penn State - and then Pamela FUCKING Ruest

And Thomas FUCKING Kistler

And Johnathan FUCKING Grine

And Johnathan FUCKING Grine Sr.

And Stacy Parks FUCKING Miller - and Jessica FUCKING Lathrope

Sending emails like this back and forth to one another -



So ask yourself - in 2019 - with China threatening to beat the U.S. with 5G and undermine the

United States in support of a communist and anti-human rights agenda

Do you trust the old racist 1980's corruption fraud FUCK people who are retiring

Or do you trust the proactive 28 year old who is willingly and actively making an effort to

protect the American flag and interests of the United States.

15. These fraud ass FUCK judges using their fraud ass corruption and institutional racism system are preventing a capable person from serving in the military because they want him on probation for two more years - over some bull shit fucking pot case that isn't even a case because pot isn't dangerous as crack and there's already measures to expunge all pot records even if the appeal and habeas corpus challenges against this case don't go through - which they are currently pending.

16. But this hearing wasn't even supposed to be about the legalization of pot - it was supposed to be about early termination of probation for good behavior to join the service -

17. Those bitch ass cunt ass fucking FUCK people made it about pot - and then began talking about why it's a good idea not to let someone willing and capable to enroll in the military - the following are their FUCK reasons why

1. They set me up and framed me on some bull shit "felony trespass case" which they fucking said that - my friend inviting me up to the dorms - is felony trespass - because he didn't fucking escort me to the door and back - as per the policy

As a reason for a probation violation - when they straight up framed the fuck out of me because I was on their campus collecting signatures and they knew me as the "Amro Legalize Marijuana Guy" - collecting 3000+ signatures to legalize pot and overturn his wrongful and unlawful discriminatory suspension from law school for telling the administration and students that treat people unequally to go MOTHER FUCK themselves.

Here is the picture -



And here are the signatures



Protesting You - the United States Government - saying that the prohibition of pot is

unconstitutional - your people - like that means any fucking thing to you

18. MOTHER FUCK THESE CORRUPTION CONSPIRACY FRAUD MOTHER FUCKERS PREVENTING AN AMERICAN FROM SIGNING UP AND FIGHTING FOR THEIR COUNTRY FOR REAL SO THAT FRAUD FAKE ASS MOTHER FUCKER FUCK JUDGES HAVE A FUCKING FAKE COURT AND FAKE SEAT TO FUCKING PUT OUT FAKE FUCKING RULINGS IN.

19. I never - in my life - ever thought or wanted to join the military - or any group for that matter - I have always been a person of peace

20. But when I heard that the China - a place that prevents people from praying to the God of Abraham and Moses - has been hacking the U.S. Navy and nuclear assets - …


There are certain things worth fighting for - and the right to pray to the God of Abraham and Moses as a person of faith is one of them.

21. For this reason, I made the very heavy decision to run to the nearest enlistment offices and sign up - first to the Navy - and then the Marine Corp - then the Air Force - and then the Army.

22. My purpose was to help out in any way that I can - particularly in designing and implementing hack proof systems and ensuring defense and security in U.S. interest - in the interest of our free speech - freedom of religion - etc.

23. BUT THESE MOTHER FUCKING BITCH ASS FUCKING CUNT JUDGES AND THEIR FUCKING FRAUD AND THIS CORRUPTION FRAUD SYSTEM HAS GONE ON LONG ENOUGH.

24. I HAVE TAKEN IT EASY ON ALL OF THESE PEOPLE - CENTRE COUNTY - THE
UNITED STATES GOVERNMENT - PENNSYLVANIA STATE GOVERNMENT - AND
THE VARIETY OF INSTITUTIONS WITH THIS ISSUE OF POT THUS FAR -

25. I HAVE EXPLAINED HOW THIS BAN ON POT IS UNCONSTITUTIONAL FOR
VARIOUS REASONS

26. IT INVOLVES INCARCERATION WHICH HEIGHTENS SCRUTINY - THERE IS NO
STRICT SCRUTINY COMPELLING INTEREST TO LOCK PEOPLE UP FOR POT WHEN
ALCOHOL AND TOBACCO THAT REALLY KILL PEOPLE ARE FINE

27. IT GOES AGAINST ANY CONCEIVABLE RATIONAL INTEREST TO ALLOW WHAT
IS DANGEROUS - ALCOHOL / TOBACCO - WHILE BANNING RANDOM AND
ARBITRARY THINGS LIKE POT

28. IT GOES AGAINST ANY RATIONAL BASIS TO CONTINUE TO MISREPRESENT
POT AS A SUBSTANCE WITH NO MEDICINAL VALUE IN THE UNITED STATES
WHEN IT DOES HAVE ACCEPTED MEDICINAL VALUE IN THE UNITED STATES - IT
GOES AGAINST RATIONAL BASIS TO MAKE AN INTENTIONAL
MISREPRESNETATION KNOWINGLY AKA COMMIT FRAUD

29. IT VIOLATES STRICT SCRUTINY PROTECTIONS AGAINST RACE TO CONTINUE
TREATING MINORITIES UNEQUALLY AND HAVING THEM ARRESTED 3X AS MUCH
AS NON-MINORITIES WHEN THEY ARE ONLY 10% OF THE POPULATION AND
NON-MINORITIES HAVE DRUGS AND POT JUST AS MUCH

30. THE MOTHER FUCKING BAN ON POT IS UNCONSTITUTIONAL AND I HAVE HAD
JUST ABOUT FUCKING ENOUGH OF ALL OF THIS MISREPRESENTATION AND

PREVENTION FROM FIGHTING FOR THE RIGHT TO WORSHIP THE GOD OF ABHRAHAM AND MOSES

31. SO MOTHER FUCK YOU FRAUD CORRUPTION CONSPIRACY FRAUD ASS MOTHER FUCKERS - CENTRE COUNTY AND THE REST OF YOU

32. FUCKING DENY A PERSON THE COURTS BECAUSE YOU JUST WANT TO MAKE UP YOUR OWN FACTS AND CONCLUSIONS INSTEAD OF LETTING THE PERSON SUE WHO HAS HARMED THEM LIKE IS THEIR FUNDAMENTAL RIGHT TO DO SO AS ENGRAVED ON THE LOBBY WALLS OF THIS COURT

33. BUT IF IT'S SOME BETTY WHITE ASS MOTHER FUCKER WTH HER JOHN WEINSTEIN LAWYER IS OPEN FUCKING SEASON

34. MOTHER FUCK YOU CORRUPTION CONSPIRACY ASS FRAUD ASS MOTHER FUCKERS.

## COUNT 1 - FRAUD

35. THE LAW PROHIBITS FRAUD

36. PAMELA RUEST IS USING THE COLOR OF THE LAW TO REPRESENT THAT I HAD SOMETHING DANGEROUS - POT - WHEN IT REALLY WASN'T DANGEROUS

37. AND WHEN IT WAS LEGAL IN OTHER PLACES - SO I THOUGHT I WAS DOING THE RIGHT THING BY GIVING IT TO OTHERS WHO CALLED ME AND NEEDED IT - WHICH IS JUSTIFICATION CHAPTER 5 DEFENSE IN THE CRIMES CODE

38. BUT THIS STUPID ASS FUCKING BITCH - CAN'T EVEN COMPREHEND THE CONCEPT OF CHAPTER 5 JUSTIFICATION

39. BECAUSE THEY DIDN'T TEACH WOMEN TO READ THE SAME AS MEN IN HER TIME - CRITICALLY

40. SHE'S JUST SOME STUPID ASS 1980'S ASS COUNTRY ASS FUCKING DUMB ASS FUCKING JUDGE THAT

    1. DOESN'T PROCESS THE LAW CORRECTLY

    2. RESULTING IN HARM TO THE PEOPLE AND THE UNITED STATES

**41. WHAT MORE OF A FUCKING STATEMENT THAN - "YOU CAN'T BREAK THE LAW THAT'S WHY YOU GOT KICKED OUT OF LAW SCHOOL -"**

**"CHAPTER 5 - PENNSYLVANIA LAW - YOU CAN BREAK THE LAW IF IT IS TO AVOID THE GREATER EVIL "**

DO YOU WANT ME TO PRESENT TO SHOW YOU THAT THIS BITCH ASS FUCKING CUNT JUDGE HAS NO IDEA WHAT THE LIVING MOTHER FUCK SHE IS TALKING ABOUT -

42. RESULTING IN A PREVENTION OF ME TO SIGN UP FOR SERVICE

43. I'M TELLING YOU - MOTHER FUCK THESE DUMB ASS COUNTRY ASS FUCKING RACIST ASS FUCK CORRUPTION CONSPIRACY FRAUD PEOPLE UNDERMINING THE INTEGRITY OF THE UNITED STATES.

44. YOU WONDER WHY CHINA AND RUSSIA AND SO MANY OTHER PLACES LOOK DOWN ON THE UNITED STATES - AND FIGHT WITH AND HURT SO MANY AMERICAN SOLDIERS EACH YEAR

45. IT'S BECAUSE THE LOT OF YOU DON'T HAVE ANY FUCKING INTEGRITY

46. AND IT'S THE GREATEST THREAT AND RISK TO OUR NATIONAL SECURITY.

47. Do you think China would have a reason to hack and undermine the United States if the trade relationship between them was strong and growth was taking place regularly?

48. Maybe - because they're God-less and human rights violators -

49. But I know a bunch of God believing people in the Middle East would not want - and are actually commanded by their religion to be peaceful to other people - creations of the Most High.

50. BUT IT'S WHEN YOU CORRUPTION CONSPIRACY FRAUD MOTHER FUCKERS COME IN HERE WITH YOUR CORRUPTION AND FRAUD AND BULL SHIT AND LACK OF INTEGRITY -

51. THAT UNDERMINES THE SECURITY AND INTEGRITY OF THE UNITED STATES - EVIDENCE - THE THOUSANDS OF TROOPS AND ACTS OF VIOLENCE THAT TAKE PLACE EACH YEAR.

52. My goal and intent - when I RAN to sign up to the Department of State to serve as an Ambassador to Iran when I heard about the U.S.S. Abraham Lincoln being deployed to the Persian Gulf to prevent risk of harm to thousands of Good American people serving over there -

53. And when I RAN to the Department of Defense with a security strategy and policy in response to the China hack of the U.S. Navy

54. And subsequently went to enlist in the Navy and Marine Corp afterwards -

55. It wasn't because I woke up and thought it would be 'fun' to join the military -

56. I - never - in a million years - thought - or have ever wanted - or ever have - picked up an arm against another - complete non-violent record - I'm a Division 1 quality wrestler -

57. I believe in peace - working things out - and patiently waiting for the God of Abraham and Moses

58. But when the people that prevent people from worshiping the God of Abraham and Moses - China - hack the U.S. Navy - which keeps us safe from the barbarians around the world that are not Americans and value the same rights and freedoms that we do -

59. I have no choice but to sign up - certain things are important and worth fighting for - a risk to the freedom to pray to the God of Abraham and Moses will not be tolerated -

60. And this bitch ass fucking cunt nugget judge just denied the early termination of probation yesterday - like its some sort of fucking good thing to be signing up for all of this shit

61. So while our nation is at risk as enemies of the United States are working on hacking and undermining the United States -

62. Judge Pamela fucking Ruest is stopping a capable person from enlisting to help protect against this threat and emergency -

63. Over some fucking pot that isn't even represented correctly in the law and is actually a tool to unequally treat minorities -

64. And the Marine Corps have not been able to complete my sign up because of this fraud probation based on these frauds and these scams that these 1980s mother fucker people are pulling off

65. At a time where weed is legal in PA and a medical cannabis card obtains you a gram of shatter and you can sit around and get blazed all day - and the government is in the works of passing recreational marijuana laws which include criminal expungement

66. Which means that what I'm on probation for is actually in the works of being expunged - unlike any other legitimate crime you could charge me for on the books - stealing - hurting another - possession of crack or some chemicals with actually no medicinal value

67. And when I went to the Marine Corp afterwards to help me out with this corruption -

conspiracy - fraud - mother fuck judge / judges / corporate babylon system (check one)

U.S. Courthouse
900 W. Market St.
Philadelphia, PA
8-8-2019 - 10:00
a.m.

     o    They agreed to help me

     ✓    They said there was nothing they could do for me

Which gives rise to the instant case:

68. I don't give a mother fuck about probation - I am happy on probation checking in every three

months and I have no issues -

69. I wasn't signing up for armed service for my health or benefit.

70. I was doing it for national security - so these FUCK JUDGES have a court to fucking sit in.

71. And the American people can continue to have the freedom to protest and advocate against

and defeat these FUCK JUDGES and FUCK POLITICIANS selling their people short for their

own interests and gains - alcohol / tobacco / pharma interests and private prison interest who

have contributed to keeping weed illegal and harming American people and families all of these

years.

72. You're all mother fucking traitors to the American flag.

73. Abraham Lincoln stated that the greatest threat to the United States - wasn't some Persian or

Chinaman invading the U.S. and drinking from the Ohio river -

It was corruption and fraud from within - that was the greatest threat to the United States


And you mother fuckers have pretty much just took that one to the fucking moon with this ban

on pot to treat minorities and low income people unequally while you profit from alcohol and

tobacco sales. Mother fuck yourselves.

This image says it all -



14th Amendment - what?  - Equal Protection - what?

It's all fine and dandy when some Betty White mother fucker and some John Weinstein fucking

lawyer come in to this fucking place

But when it's an average American with a real issue in need of real help

This Court is quick to twist the facts and misread them and misrepresent them to come out with a

quick dismissal - Over a standard fraud case - a standard housing case - a standard equal

treatment case - Mother fuck yourselves - all of you -


Let the God of Abraham and Moses be the Judge of us all - But you should still equity solve this

probation / military bull shit so I can begin training and service - there is no need to risk

American lives when we can do what we need - differently - and that was my purpose initially.

74. I don't think Pamela Ruest actually *means* what she does -

I think she *really* believes that you can't break the law

But the law is - you can - if you're doing it to avoid the greater evil

There is no reason from this level of incompetence to prevent a competent American from serving their country.

The lady just doesn't know - she's old and from a time where women were not taught to think critically in the same way as men - not that the male judges are doing any fucking better

It just seems that all of the past 50 years of being a world power has made all of the leaders in charge SOFT and DRUNK and ASLEEP and NOT KNOWING WHAT'S GOING ON


Which is why China and Russia and Iran are taking the initiative by hacking the United States and putting down their corruption and fraud global dictator conspiracies down.


They're hacking you - not me.


I'm trying to fight for you - in the name of the Fire that Spoke to Moses.


Decide as you like -

WHEREFORE, it is respectfully requested that this Honorable Court put forth some sort of relief

in equity to allow the Plaintiff to enlist in the armed services - regardless of whether it considers

the injustice and unconstitutionality of the ban on pot or conspiracy corruption fraud bull shit

with the 'felony trespass' violation that was actually them retaliating against me because my sign

and petition was so successful - or simply equity - mother fucking country ass fucking 1980s

corruption conspirarcy fraud people - their corruption and fraud and racism will not help you

protect American troops and ships in the Middle East and Asia Pacific - think about it.

Mother FUCK Pamela Ruest and those
Centre Country Corruption Fraud Mother Fuckers.



Respectfully Submitted,

Dated. August 7, 2019                     Amro Hansari
                                          Liberty And Justice For All